IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANIEL NAYLOR,

        Plaintiff,

v.                                               No. 1:21-cv-00421-KWR-SCY

UNITED STATES OF AMERICA, et al.,

        Defendants.

## RULE 58 JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order of Dismissal (**Doc. 4**), which dismissed all of Plaintiff's claims.

**IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**